UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 09385
   CHRISTINA GIACCHETTI
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-9516
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 05/23/07 and confirmed on 07/20/07.

   2. The case was dismissed after confirmation, 11/16/2007.

   3. The Debtor paid a total of $ 1800.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| UMLI/UM CAPITAL | SECURED | .00 | .00 | .00 |
| UMLI/UM CAPITAL | MORTGAGE ARRE | 3821.27 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 14973.11 | 74.87 | 578.30 |
| COUNTRY HOMES OF OAKHURS | SECURED | 2979.94 | .00 | 300.00 |
| DELL FINANCIAL SERVICES | SECURED | 410.83 | 2.05 | 70.19 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1074.10 | .00 | .00 |

       Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 22185.15 | .00 | 1074.10 | .00 | 23259.25 |
| PRINCIPAL PAID | 948.49 | .00 | .00 | .00 | 948.49 |
| INTEREST PAID | 76.92 | .00 | .00 | .00 | 76.92 |
| TOTAL PAID | 1025.41 | .00 | .00 | .00 | 1025.41 |

The Debtor's attorney, SARA J GRAY ESQ             , was allowed $ 3000.00
and was paid $ 1000.00  direct and $   727.79  through the plan.

The Trustee received $    46.80 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```